# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PHYLLIS A. BOYD  
1119 - 9TH STREET  
ROCKFORD, IL  61104

SSN-xxx-xx-1059

Case Number: 07-71494

Case filed on: 6/22/2007  
Plan Confirmed on: 9/14/2007

D Dismissed

Total funds received and disbursed pursuant to the plan:  $475.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,800.00 | 2,800.00 | 443.86 | 0.00 |
|  | Total Legal | 2,800.00 | 2,800.00 | 443.86 | 0.00 |
| 999 | PHYLLIS A. BOYD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALL DATA CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BROADWAY FLORIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAVALIER TELEPHONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CLEARTEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 5,561.42 | 5,561.42 | 0.00 | 0.00 |
| 009 | DR STILLWATER COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 1,399.06 | 1,399.06 | 0.00 | 0.00 |
| 012 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RISK MANAGEMENT ALTERNATIVES, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 1,737.90 | 1,737.90 | 0.00 | 0.00 |
| 015 | SAGE TELECOM | 373.59 | 373.59 | 0.00 | 0.00 |
| 016 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | TITLE CASH OF ILLINOIS | 176.97 | 176.97 | 0.00 | 0.00 |
|  | Total Unsecured | 9,248.94 | 9,248.94 | 0.00 | 0.00 |
|  | Grand Total: | 12,048.94 | 12,048.94 | 443.86 | 0.00 |

Total Paid Claimant:  $443.86  
Trustee Allowance:  $31.14  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008              By  /s/Heather M. Fagan